Marie F. Cullerton, Administratrix of Estate of John F. Cullerton, Deceased, Appellant, v. Dillwyn M. Bell, Appellee.

Gen. No. 42,119.

opinion filed May 5, 1943. Harry A. Biossat, for appellant; Johan Waage, for appellee. Opinion by JUSTICE KILEY. "Not to be published in full."